### (June 29, 1960)

■  WALTER A. SHIELDS, Trading as AMPOULE MACHINE CO., Appellant, v. GRAHAM CHEMICAL CORPORATION, Respondent.— Motion for a stay of examination before trial pending determination of appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■  In the Matter of EUGENE G. LUTZ, as Guardian ad Litem of CHARLES LUTZ, an Infant, Appellant, against JOSEPH VAN VALKENBURGH, Respondent.— Motion for a stay of trial pending appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

### THIRD DEPARTMENT, JUNE, 1960

### (June 2, 1960)

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE POOLE, Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time is extended for 90 days. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■  In the Matter of the Claim of ELVA R. EVERLE, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Order entered December 12, 1958, vacated and set aside and appeal reinstated, without costs. Appellant is to perfect appeal, file note of issue and file and serve record and brief on or before August 15, 1960 and be ready for argument at the September Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■  In the Matter of KENNETH O. SMITH, as Treasurer of New York Fire Insurance Rating Organization, Petitioner, against JULIUS S. WIKLER, as Superintendent of Insurance of the State of New York, et al., Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.